Benjamin Ashurov, SBN 271716
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.296.9927
Fax: 415.901.0512

Attorney for SEGA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to SPOTIFY USA INC. | CASE NO. _____<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

   Petitioner SEGA Corporation ("SEGA"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to identify an alleged infringer, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena").

   The DMCA Subpoena is directed at Spotify USA, Inc. ("Spotify"), which provides website-related services to the alleged infringer who is posting content that infringes on copyrights held by SEGA. See Declaration of Benjamin Ashurov, ("Ashurov Decl.") ¶ 6-7.

   Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, a copyright owner must file the following with the Clerk:

   1. A copy of the notification required by Section 512(c)(3)(A);

   2. A proposed subpoena; and

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

17 U.S.C. § 512(h)(2)(A)-(C).

Accordingly, in support of its request, SEGA submits and attaches the following: a proposed subpoena (see Exhibit A); a sworn declaration attesting that the purpose for which the DMCA Subpoena is sought is proper under the DCMA (see Ashurov Decl. ¶ 9); and a copy of the Section 512(c)(3)(A) sent at SEGA's direction to Spotify (see Schedule 1 of Ashurov Decl.).

Dated: May 22, 2024         **GAMMA LAW P.C.**

By: /s/
Benjamin Ashurov

Attorneys for *SEGA Corporation*