Benjamin Ashurov, SBN 271716
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.296.9927
Fax: 415.901.0512

Attorney for SEGA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to SPOTIFY USA, INC. | CASE NO. _____<br><br>**DECLARATION OF BENJAMIN ASHUROV IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF A SPOTIFY CUSTOMER PURSUANT TO 17 U.S.C. 512(h)** |

I, <u>Benjamin Ashurov</u>, declare as follows:

1.  I am an attorney with the law firm Gamma Law P.C., counsel for SEGA Corporation ("SEGA"). I make this declaration in support of SEGA's request for the clerk of the District Court for the Northern District of California to issue the subpoena attached hereto, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto.

2.  I am duly authorized by SEGA to make this request on SEGA's behalf.

3.  SEGA is a leading global gaming company headquartered in Japan. SEGA is known for producing and/or publishing world renowned video game franchises like Sonic the Hedgehog, Total War, Football Manager, and many others.

4.  Many of SEGA's video games incorporate original musical works used to enhance gameplay by providing a pleasant or attractive auditory element.

5. SEGA recently discovered that some of the musical works published by SEGA in connection with its video games have been extracted from SEGA's video games without SEGA's authorization, and subsequently uploaded by anonymous online users to numerous online music platforms where SEGA's musical works may be downloaded or steamed by others, all without SEGA's authorization.

6. SEGA further discovered that one such platform where SEGA's musical works were made available for download and/or streaming without SEGA's authorization is called Spotify, a platform owned and operated by Spotify AB and Spotify USA Inc., where SEGA's songs appear to have been uploaded anonymously under the username "Ziodyne" and made available using at least the following URLs:

spotify:album:3LwsE8PjqqRqoUlnmRLiu3,

spotify:album:2Wa53Um3ecCVPsvgyTJsYc,

spotify:album:1w0PeBy7S4PDXRdpe1zLM9,

https://open.spotify.com/intl-ja/album/1w0PeBy7S4PDXRdpe1zLM9.

7. On March 27, 2024, SEGA submitted to Spotify a DMCA take down notice pursuant to 17 U.S.C. Section 512(C)(3)(A). The DMCA notice was delivered to Spotify at infringement-claim@spotify.com. A true and correct copy of the DMCA notice is attached hereto as **Schedule 1**.

8. On information and belief, Spotify's policies require a subpoena or court order to compel the company to disclose information about an account used in furtherance of infringing another's copyrights.

9. The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringer described in the DMCA Notice and such information will only be used for the purpose of protecting SEGA's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

\\\

Executed on April 11, 2024 at Danville, California.

**GAMMA LAW P.C.**

By: ___/s/_____
      Benjamin Ashurov
      *Attorney for Sega Corporation*

# SCHEDULE 1

From: [brandprotection@mm-sega.com]
Sent: 27/03/2024, 23:02
To: infringement-claim@spotify.com
Subject: Notice of Infringement spotify.com [ECIN:35D7AD892D8]

Dear Website Owner:

Sega Corporation owns or controls "SEGA" and "ATLUS" logo trademarks, registered trademarks of numerous game titles relevant to these brands, and copyrights including but not limited to program(s), image(s), video(s) and music(s) relevant to these game titles. This includes copyrights for Persona 3 Reload shown at https://p3re.jp/en/.

You are using Sega Corporation copyrighted program(s), image(s), video(s) and/or music in connection with your website located at spotify.com. By doing so, you intentionally seek to attract Internet users to your website. This unauthorized use of Sega Corporation's intellectual property falsely suggests Sega Corporation's endorsement of your website. This practice infringes on Sega Corporation's intellectual property rights.

We demand you immediately remove all Sega Corporation copyrighted works from the website located at:

https://open.spotify.com/intl-ja/album/1w0PeBy7S4PDXRdpe1zLM9

Further legal action may be pursued if this situation is not immediately resolved.

Sincerely,

Sega Brand Protection

